857 F.2d 1464
 May (Jeffrey), Ross (Jean, Damon), Schorske (Bonnie, Mark),
Butler (Brenda, Cary), Drew (Gary)
v.
Cooperman (Dr. Saul), New Jersey Department of Education,
Edison Township Board of Education, Old Bridge Township
Board of Education, New Jersey General Assembly, New Jersey
Senate, New Jersey Council of Churches, New Jersey Education
Association
 NO. 88-5153
 United States Court of Appeals,
Third Circuit.
 AUG 15, 1988
 
 Appeal From: D.N.J.,
 Debevoise, J.,
 
 582 F.Supp. 1458
 
 1
 AFFIRMED.